# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. 18-00099-01-CR-W-GAF |
| AMANY HAWATMEH, | ) |
| Defendant. | ) |

## ORDER ALLOWING TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES

Amany Hawatmeh is hereby granted permission to travel outside the continental United States; to wit, Amman and Zarqa, Jordan, from May 26, 2019, through June 18, 2019.

It is, therefore, so **ORDERED**.

/s/ Gary A. Fenner
GARY A. FENNER
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 22nd day of May, 2019.